IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
APR - 9 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:18-cr-161 |
| ) | |
| SEAN ANDREW DUNCAN, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

In or about December 2017, within Fairfax County, in the Eastern District of Virginia, the defendant, SEAN ANDREW DUNCAN, knowingly and unlawfully received a visual depiction of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been shipped and transported, by any means including by computer; to wit:   DUNCAN received by means of a Samsung smartphone connected to the Internet still images depicting minor and prepubescent children engaging in sexually explicit conduct, including actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1)).

Tracy Doherty-McCormick
Acting United States Attorney

By: _____
Colleen E. Garcia
Gordon D. Kromberg
Assistant United States Attorneys