IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:18-cr-161 |
| v. ) | |
| ) | |
| SEAN ANDREW DUNCAN ) | |
| ) | |
| Defendant. ) | |

ORDER

WHEREAS, on April 27, 2018, the United States moved, *ex parte* and *in camera* under § 4 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3 and the Federal Rules of Criminal Procedures 16(d)(1), for authorization to "delete" from discovery certain classified materials;

WHEREAS, the United States provided evidence that the unauthorized disclosure of this material at this time has the potential of harming national security;

WHEREAS, the materials described by the United States do not consist of exculpatory material, impeaching material, or other material that could be considered relevant and helpful to the defense;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the motion of the United States is granted, and the government is authorized to delete from discovery the material described in the motion of the United States filed on April 27 2018.

So ORDERED this 27 day of April, 2018.

/s/
Leonie M. Brinkema
United States District Judge